UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JAMES RIVER INSURANCE COMPANY | § § | |
| V. | § § | |
| AFFORDABLE HOUSING OF KINGSVILLE II, LTD., CAPSTONE REAL ESTATE SERVICES, INC., SALLY REYES, AND STEADFAST INSURANCE COMPANY | § § § § § § | CIVIL ACTION FILE NO.: 4-11-CV-2937 |

## ORDER

This matter is before the Court upon the parties' Joint Agreed Stipulation of Dismissal as to all parties and causes of action with prejudice and it appearing to the Court that such Motion should be granted, it is therefore

ORDERED, ADJUDGED, AND DECREED that this action is dismissed with prejudice as to all parties and causes of action. Costs of court are taxed against the party incurring same.

Signed this 10th day of May, 2013.

_____
UNITED STATES DISTRICT JUDGE